ber 17, 2002 to file objections to the dismissal of Hitachi's petition for writ of mandamus. No objections have been received by the court.

Upon consideration thereof,

IT IS ORDERED THAT:

Hitachi's petition for writ of mandamus is dismissed as moot.

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Helen D. ROGERS, Petitioner–Appellee,**

v.

**SECRETARY OF HEALTH AND HUMAN SERVICES, Respondent–Appellant.**

No. 02–5139.

United States Court of Appeals, Federal Circuit.

Sept. 25, 2002.

ORDER

The parties having so agreed, it is

**Joseph R. POETT, Petitioner,**

v.

**DEPARTMENT OF AGRICULTURE, Respondent.**

No. 02–3204.

United States Court of Appeals, Federal Circuit.

Sept. 25, 2002.

*ORDER*

Joseph R. Poett, having failed to file a Fed. Cir. R. 15(c) form in accordance with the court's July 22, 2002 order,

IT IS ORDERED THAT:

(1) The petition for review is dismissed.